[No. 60577-1-I.   Division One.   August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. D.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-01378-6, Theresa B. Doyle, J., entered August 23, 2007. *Reversed* by unpublished per curiam opinion.

[No. 60639-5-I.   Division One.   August 11, 2008.]

APRIL S. WINKLER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-05479-1, Andrea A. Darvas, J., entered September 11, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 61669-2-I.   Division One.   August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY WAYNE EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01358-6, Stephen M. Warning, J., entered August 1, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 35428-4-II; 35435-7-II.   Division Two.   August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ERIN REID, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-02771-3, Thomas P. Larkin, J., entered October 6, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.